THE UNITED STATES DISTRICT COURT
THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JAN W. EDWARDS | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL NO. SA-12-CA-0817- XR |
| THE UNITED STATES OF AMERICA, | § | |
| Defendant. | § | |

## PLAINTIFF'S DESIGNATION OF EXPERT WITNESSES

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes the Plaintiff in the above styled and numbered cause and files this his Plaintiff's Designation of Expert Witnesses pursuant to the provisions of the Court's Scheduling Order, and in such regard, would show unto the Court as follows:

II.

Plaintiff hereby designates the following individuals as testifying experts which he will call to testify by deposition or otherwise during the trial of this case:

1. Albert Weihl, M.D., 3038 –F Wildridge Road, Avon, CO 81620-7496, 970-949-3218.  Dr. Weihl's report, Curriculum Vitae, fee schedule and list of cases in which he has testified in the last four years is attached hereto.

2. John A. Elefteriades, M.D.,Yale School of Medicine, P.O. Box 208039, New Haven, CT 06520-8039, 203-785-2705.  Dr. Elefteriades' report and Curriculum Vitae. Dr. Elefteriades  charges $500 an hour for his review of this case and $7,000 for his trial testimony.  to A list of cases in which Dr. Elefteriades has testified in the last four years is forthcoming.

3. Brant S. Mittler, M.D., J.D., 17503 La Cantera Parkway, Suite 104-610, San Antonio, Texas 78257, 210-698-0061.  Dr. Mittler's report, Curriculum Vitae and fee schedule s attached hereto.  Dr. Mittler has not provided expert testimony, either by deposition or trial testimony, in the last four years.

1

4. Roberta C. Bogaev, M.D., FACC, FACP, 8122 Datapoint Drive, Suite 700, San Antonio, Texas 78229, 210-615-0600. Dr. Bogaev's Curriculum Vitae is attached hereto. Dr. Bogaev charges $1,000 an hour for her review of this case. Dr. Bogaev has not provided expert testimony, either by deposition or trial testimony, in the last four years. Dr. Bogaev's report will be forthcoming.

5. Carl Hubbard, Ph.D., 15538 Clover Ridge, San Antonio, Texas 78248, 210-844-8536. Dr. Hubbard's report, Curriculum Vitae, fee schedule and list of cases in which he has testified in the last four years is attached hereto.

6. Without attesting to the credibility and/or expertise, Plaintiff designates any expert witness designated by the Defendant, whether or not the Defendant calls such as experts to testify during the presentation of its case.

Respectfully submitted,

LAW OFFICES OF JEFFREY C. ANDERSON
9601 McAllister Freeway, Suite 1250
San Antonio, Texas 78216
210/340-8880
210/340-8885 FAX

JEFFREY C. ANDERSON
State Bar No. 01190500

ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I, Jeffrey C. Anderson, on this 8th day of March 2013, electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Mr. Clayton Diedrichs
Assistant United States Attorney
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216-5597

JEFFREY C. ANDERSON

2

THE UNITED STATES DISTRICT COURT
THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JAN W. EDWARDS | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL NO. SA-12-CA-0817- XR |
| THE UNITED STATES OF AMERICA, | § § § | |
| Defendant. | § | |

## PLAINTIFF'S DESIGNATION OF EXPERT WITNESSES

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes the Plaintiff in the above styled and numbered cause and files this his Plaintiff's Designation of Expert Witnesses pursuant to the provisions of the Court's Scheduling Order, and in such regard, would show unto the Court as follows:

II.

Plaintiff hereby designates the following individuals as testifying experts which he will call to testify by deposition or otherwise during the trial of this case:

1. Albert Weihl, M.D., 3038 –F Wildridge Road, Avon, CO 81620-7496, 970-949-3218. Dr. Weihl's report, Curriculum Vitae, fee schedule and list of cases in which he has testified in the last four years is attached hereto.

2. John A. Elefteriades, M.D.,Yale School of Medicine, P.O. Box 208039, New Haven, CT 06520-8039, 203-785-2705. Dr. Elefteriades' report, Curriculum Vitae and fee schedule is attached hereto. A list of cases in which Dr. Elefteriades has testified in the last four years is forthcoming.

3. Brant S. Mittler, M.D., J.D., 17503 La Cantera Parkway, Suite 104-610, San Antonio, Texas 78257, 210-698-0061. Dr. Mittler's report, Curriculum Vitae and fee schedule s attached hereto. Dr. Mittler has not provided expert testimony, either by deposition or trial testimony, in the last four years.

4. Roberta C. Bogaev, M.D., FACC, FACP, 8122 Datapoint Drive, Suite 700, San Antonio, Texas 78229, 210-615-0600. Dr. Bogaev's Curriculum Vitae and fee schedule is attached hereto. A copy of Dr. Boaev's report will be forthcoming. Dr. Bogaev has not provided expert testimony, either by deposition or trial testimony, in the last four years.

5. Carl Hubbard, Ph.D., 15538 Clover Ridge, San Antonio, Texas 78248, 210-844-8536. Dr. Hubbard's report, Curriculum Vitae, fee schedule and list of cases in which he has testified in the last four years is attached hereto.

6. Without attesting to the credibility and/or expertise, Plaintiff designates any expert witness designated by the Defendant, whether or not the Defendant calls such as experts to testify during the presentation of its case.

Respectfully submitted,

LAW OFFICES OF JEFFREY C. ANDERSON
9601 McAllister Freeway, Suite 1250
San Antonio, Texas 78216
210/340-8880
210/340-8885 FAX

_____
JEFFREY C. ANDERSON
State Bar No. 01190500

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I, Jeffrey C. Anderson, on this 8th day of March 2013, electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Mr. Clayton Diedrichs
Assistant United States Attorney
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216-5597

_____
JEFFREY C. ANDERSON

2