# BRANT S. MITTLER, M.D. J.D.

17503 La Cantera Parkway, Ste 104-610
San Antonio, TX 78257
Telephone (210) 698-0061   Facsimile (210) 698-0064
bsmitt@satx.rr.com

February 4, 2013

*Sent VIA fax 210-340-8885*
Jeffrey Anderson, Esq.
9601 McAllister Freeway, Ste 1250
San Antonio, TX. 78216

Re: Jan Edwards

Dear Mr. Anderson:

You have asked me to review the following items pertaining to this case:
1. ECG of 27 November 2011 at 14:14:00.
2. Report of Albert C. Wiehl, M.D., dated March 23, 2012.

I agree with Dr. Albert Wiehl's analysis of the ECG taken on 27 November 2011. That ECG shows much more than the computer analysis indicates, specifically, ST segment depression and deep T wave inversion in the inferior leads II, III, and AVF. Those findings in an ER setting should be considered evidence of inferior wall ischemia/ infarction until proven otherwise. Also, the ECG shows slight ST segment elevation in the lateral limb leads I and AVL. Again those findings require clinical correlation and suggest acute injury vs. pericarditis or both. Also, the T waves are very prominent in those same leads which raise the question of acute injury. In the precordial leads, there is total loss of R waves/ anterior forces across the precordial leads. Additionally the T waves are very prominent in lead V2. These findings should be considered an anterior wall heart attack until proven otherwise.

I agree with Dr. Wiehl that in an ER setting, with a patient complaining of chest pain, these ECG findings required urgent cardiology specialty consultation regarding possible intervention for extensive cardiac ischemia/infarction.

Thank you very much for the opportunity to review these materials.

I reserve the right to modify or supplement these opinions as more information becomes available.

Sincerely,

*[signature]*

Brant S. Mittler, M.D. J.D.

EXHIBIT 2

# BRANT S. MITTLER, M.D., J.D.
PMB 363, 4319 Medical Drive, Suite 131
San Antonio, Texas 78229

**CURRENT:**

Private practice, Internal Medicine and Cardiology, 1976 to Present, San Antonio, Texas

**EDUCATION:**

High School: W. B. Ray High School, Corpus Christi, Texas, Valedictorian, 1964
College: Harvard College, Cambridge, Massachusetts, A.B. cum laude, 1968
Medical School: Duke University School of Medicine, M.D. 1972
Medical Internship: Baylor Affiliated Hospitals, Houston, Texas, 1972-1973
Medical Residency: Baltimore City Hospital, Baltimore, Maryland, 1973-1974
Cardiology Fellowship: Duke University Medical Center, 1974-1976
Law School: St. Mary's University, San Antonio, Texas, J.D. 2001

**MEDICAL HONORS:**

Robert Wood Johnson Clinical Scholar, John Hopkins University, 1973
Robert Wood Johnson Clinical Scholar, Duke University, 1974

**ACADEMIC APPOINTMENTS:**

Assistant Consulting Professor of Medicine, Duke University School of Medicine, 1992 to Present

**HOSPITAL STAFF APPOINTMENTS:**

Methodist Healthcare System, San Antonio, Texas
Baptist Health System, San Antonio, Texas

## MEDICAL SOCIETIES AND ASSOCIATIONS:

San Antonio Cardiovascular Society – 1980-2009

## HOSPITAL STAFF POSITIONS HELD:

Southwest Texas Methodist Hospital:
- Chair, Department of Cardiology, 1994
- Chair, Department of Cardiology, 1993
- Chair, Medical Records Committee, 1983-1984
- Chair, Intensive Care Committee, 1979-1980
- Chair, Cardiology Section, 1979

## OTHER POSITIONS HELD:

- President, Bexar County Medical Society, 1990
- Board of Directors, Duke University Clinical Cardiology Studies, 1989-1992; 2006
- Delegate, House of Delegates, Texas Medical Association, 1988-1990
- President, Harvard-Radcliff Club of San Antonio, 1982-1984
- Board of Directors, Anti-Defamation League, Southwest Region, 1999-2004
- Vice-President, San Antonio Cardiovascular Society, 2004-2005

## MEDICAL LICENSE: E1065 (TEXAS), 1973

## NUCLEAR MEDICINE LICENSE: 9-3833, JULY 12, 1985

## SCIENTIFIC PUBLICATIONS

1. Watson CS, Mittler BS. Time-intensity equivalence in auditory lateralization. *Psychonomic Sci.* 1965;2:219.

2. Baden HP, Sviokla S, Mittler BS, Pathak MA. Histadase activity in hyperplastic and neoplastic rat epidermis and liver. *Cancer Res.* 1968;28:1463.

3. Perracchia C, Mittler BS. Fixation by means of glutaraldehyde hydrogen peroxide reaction products. *J Cell Biol.* 1972;53:234.

4. Perracchia C, Mittler BS. Improvement in fixation resulting from aldol condensation of glutaraldehyde within the tissue. *J. Ultra Res.* 1972;39:57.

5. Rosati RA, McNeer JF, Mittler BS, Morris JJ, Wallace AG. A new informational system for medical practice. *Arch Int Med.* 1975;135:1017.

6. Mittler BS, McNeer JF, Starmer CF, Rosati RA. Machine based aids for managing patients with chronic illness. In: *Proceedings of the Second Illinois Conference on Medical Information Systems,* Urbana, Illinois. September 25, 1975.

7. Baden HP, Mittler BS, Sviokla S, Pathak MA. Urocanic acid in benign and malignant human epidermal tumors. *J. Natl Cancer Inst.* 1976;38:205.

8. Rosati RA, Lee KL, Mittler BS, Behar VS, Margolis JR. Does coronary surgery prolong life in comparison with medical management? *Postgrad Med J.* 1976;52:749-756.

9. Russell RO, et al. Unstable angina pectoris: national cooperative study group to compare medical and surgical therapy. 1. Report of protocol and patient population. *Am J Cardiol.* 1976;37:896-901.

10. Wagner GS, Rosati RA, Mittler BS, Lee KL. Chapter 97: A computerized textbook for determining optimal management of patients with coronary artery disease. *Second Henry Ford Hospital International Symposium on Cardiac surgery.* New York, NY. 1977;625-631.

11. O'Connor CM, Meese R, Carney R, et al. A randomized trial of intravenous heparin in conjunction with anistreplase in acute myocardial infarction: the Duke University Clinical Cardiology Study (DUCCS) 1. *J Am Coll Cardiol.* 1994;23:11-18.

12. Mittler BS, Anatomy of a media scare: misinformation in an information age. *Consultant.* 1997;37:S12-21.

13. Messerli FH, Mittler BS. Framingham at 50. *Lancet.* 1998:352:1006.

14. Mittler BS. Framingham at 50: Past lessons and future directions. *Open Channel.* November 1998;16-18.

## PUBLISHED PEER-REVIEWED ABSTRACTS

1. Mittler BS, Lee KL, and Rosati RA. Surgical vs. medical treatment in patients with a totally-occluded right and subtotally-occluded left anterior descending coronary arteries. *Circulation 52:* Supplement II-91, 1975.

2. Mittler BS, Lee KL, and Rosati RA. Criteria for coronary arteriography. *Amer. J Cardiol.* 35:157a, 1975.

3. O'Connor CM, Meese R, MacKrell J, Conn E, Burkes J, Shadoff N, Hartman C, Roark S, Heard ME, Mittler BS, Hanger K, Collins GJ, Lucas KD, Roberts G, Califf RM for The DUCCS I Investigators. *J. Am Coll Cardiol.* 1992;19:91A.

4. O'Connor CM, Meese R, Carney R, Smith J, Conn E, Burks J, Hartman C, Roark S, Shadoff N, Heard III M, Mittler BS, et al. A randomized trial of intravenous heparin in conjunction with anistreplase (anisoylated plasminogen streptokinase activator complex) in acute myocardial infarction: The Duke University Clinical Cardiology Study (DUCCS) I. *J. Am Coll Cardiol.* 1994; 23:II-8.

5. Mittler BS, Hampton A. The assurance of voluntary compliance between the Texas Attorney General and Aetna's Texas HMOs: promise and reality. The Robert Wood Johnson Clinical Scholars Program, 2001 National Meeting. November 7-10, Lago Mar Club, Fort Lauderdale, Florida.

# BRANT S. MITTLER, M.D., J.D.
PMB 363, 4319 Medical Drive, Suite 131
San Antonio, Texas 78229

**CURRENT:**

Private practice, Internal Medicine and Cardiology, 1976 to Present, San Antonio, Texas

**EDUCATION:**

High School: W. B. Ray High School, Corpus Christi, Texas, Valedictorian, 1964
College: Harvard College, Cambridge, Massachusetts, A.B. cum laude, 1968
Medical School: Duke University School of Medicine, M.D. 1972
Medical Internship: Baylor Affiliated Hospitals, Houston, Texas, 1972-1973
Medical Residency: Baltimore City Hospital, Baltimore, Maryland, 1973-1974
Cardiology Fellowship: Duke University Medical Center, 1974-1976
Law School: St. Mary's University, San Antonio, Texas, J.D. 2001

**MEDICAL HONORS:**

Robert Wood Johnson Clinical Scholar, John Hopkins University, 1973
Robert Wood Johnson Clinical Scholar, Duke University, 1974

**ACADEMIC APPOINTMENTS:**

Assistant Consulting Professor of Medicine, Duke University School of Medicine, 1992 to Present

**HOSPITAL STAFF APPOINTMENTS:**

Methodist Healthcare System, San Antonio, Texas
Baptist Health System, San Antonio, Texas

MEDICAL SOCIETIES AND ASSOCIATIONS:

San Antonio Cardiovascular Society – 1980-2009

HOSPITAL STAFF POSITIONS HELD:

Southwest Texas Methodist Hospital:
- Chair, Department of Cardiology, 1994
- Chair, Department of Cardiology, 1993
- Chair, Medical Records Committee, 1983-1984
- Chair, Intensive Care Committee, 1979-1980
- Chair, Cardiology Section, 1979

OTHER POSITIONS HELD:

- President, Bexar County Medical Society, 1990
- Board of Directors, Duke University Clinical Cardiology Studies, 1989-1992; 2006
- Delegate, House of Delegates, Texas Medical Association, 1988-1990
- President, Harvard-Radcliff Club of San Antonio, 1982-1984
- Board of Directors, Anti-Defamation League, Southwest Region, 1999-2004
- Vice-President, San Antonio Cardiovascular Society, 2004-2005

MEDICAL LICENSE:   E1065 (TEXAS), 1973

NUCLEAR MEDICINE LICENSE:   9-3833, JULY 12, 1985

## SCIENTIFIC PUBLICATIONS

1. Watson CS, Mittler BS. Time-intensity equivalence in auditory lateralization. *Psychonomic Sci.* 1965;2:219.

2. Baden HP, Sviokla S, Mittler BS, Pathak MA. Histadase activity in hyperplastic and neoplastic rat epidermis and liver. *Cancer Res.* 1968;28:1463.

3. Perracchia C, Mittler BS. Fixation by means of glutaraldehyde hydrogen peroxide reaction products. *J Cell Biol.* 1972;53:234.

4. Perracchia C, Mittler BS. Improvement in fixation resulting from aldol condensation of glutaraldehyde within the tissue. *J. Ultra Res.* 1972;39:57.

5.  Rosati RA, McNeer JF, Mittler BS, Morris JJ, Wallace AG. A new informational system for medical practice. *Arch Int Med.* 1975;135:1017.

6.  Mittler BS, McNeer JF, Starmer CF, Rosati RA. Machine based aids for managing patients with chronic illness. In: *Proceedings of the Second Illinois Conference on Medical Information Systems,* Urbana, Illinois. September 25, 1975.

7.  Baden HP, Mittler BS, Sviokla S, Pathak MA. Urocanic acid in benign and malignant human epidermal tumors. *J. Natl Cancer Inst.* 1976;38:205.

8.  Rosati RA, Lee KL, Mittler BS, Behar VS, Margolis JR. Does coronary surgery prolong life in comparison with medical management? *Postgrad Med J.* 1976;52:749-756.

9.  Russell RO, et al. Unstable angina pectoris: national cooperative study group to compare medical and surgical therapy. 1. Report of protocol and patient population. *Am J Cardiol.* 1976;37:896-901.

10. Wagner GS, Rosati RA, Mittler BS, Lee KL. Chapter 97: A computerized textbook for determining optimal management of patients with coronary artery disease. *Second Henry Ford Hospital International Symposium on Cardiac surgery.* New York, NY. 1977;625-631.

11. O'Connor CM, Meese R, Carney R, et al. A randomized trial of intravenous heparin in conjunction with anistreplase in acute myocardial infarction: the Duke University Clinical Cardiology Study (DUCCS) 1. *J Am Coll Cardiol.* 1994;23:11-18.

12. Mittler BS, Anatomy of a media scare: misinformation in an information age. *Consultant.* 1997;37:S12-21.

13. Messerli FH, Mittler BS. Framingham at 50. *Lancet.* 1998:352:1006.

14. Mittler BS. Framingham at 50: Past lessons and future directions. *Open Channel.* November 1998;16-18.

## PUBLISHED PEER-REVIEWED ABSTRACTS

1.  Mittler BS, Lee KL, and Rosati RA. Surgical vs. medical treatment in patients with a totally-occluded right and subtotally-occluded left anterior descending coronary arteries. *Circulation 52:* Supplement II-91, 1975.

2.  Mittler BS, Lee KL, and Rosati RA. Criteria for coronary arteriography. *Amer. J Cardiol.* 35:157a, 1975.

3.  O'Connor CM, Meese R, MacKrell J, Conn E, Burkes J, Shadoff N, Hartman C, Roark S, Heard ME, Mittler BS, Hanger K, Collins GJ, Lucas KD, Roberts G, Califf RM for The DUCCS I Investigators. *J. Am Coll Cardiol.* 1992;19:91A.

4. O'Connor CM, Meese R, Carney R, Smith J, Conn E, Burks J, Hartman C, Roark S, Shadoff N, Heard III M, Mittler BS, et al. A randomized trial of intravenous heparin in conjunction with anistreplase (anisoylated plasminogen streptokinase activator complex) in acute myocardial infarction: The Duke University Clinical Cardiology Study (DUCCS) I. *J. Am Coll Cardiol.* 1994; 23:II-8.

5. Mittler BS, Hampton A. The assurance of voluntary compliance between the Texas Attorney General and Aetna's Texas HMOs: promise and reality. The Robert Wood Johnson Clinical Scholars Program, 2001 National Meeting. November 7-10, Lago Mar Club, Fort Lauderdale, Florida.