# Yale SCHOOL OF MEDICINE

*Department of Surgery*

Section of Cardiac Surgery

JOHN A. ELEFTERIADES, MD

*William W. L. Glenn Professor
of Cardiothoracic Surgery*

*Director, Aortic Institute at
Yale-New Haven*

PO Box 208039
New Haven CT 06520-8039
T 203 785-2705
F 203 785-3346
john.elefteriades@yale.edu

*courier*
Boardman Building (BB)
Room 204
330 Cedar Street
New Haven CT 06510

JEFFREY C. ANDERSON
9601 McAllister Freeway, #1250
San Antonio, Texas 78216
Telephone: 210-340-8880
Fax No.:   210-340-8885

Dear Attorney Anderson: As we discussed on the phone, I reviewed the records you provided on Mr. Jan Edwards. These records included initially the hospital records from the pertinent evaluations and admissions, and more recently, the EKGs (baseline from 09 Jan 2002 and acute evaluation 27 Nov 2011.

I do feel that the diagnosis of myocardial infarction was missed, leading to delayed treatment and, ultimately, severe depression of left ventricular function with end-stage cardiomyopathy.

The EKG provided shows changes from baseline and raises suspicion of an acute infarction.

I understand that the patient has been investigated for cardiac transplantation.

You inquired about the costs for such a procedure and for drug therapy following successful transplantation. In this regard, I provide below some very recent statistics which speak directly to these cost issues.



EXHIBIT
3



## Estimated U.S. Average 2011 Billed Charges Per Transplant

| Transplant | 30 Days Pre-transplant | Procurement | Hospital Transplant Admission | Physician During Transplant | 180 Days Post-transplant Admission | Immuno-suppressants | Total |
|---|---|---|---|---|---|---|---|
| Heart Only | $47,200 | $80,400 | $634,300 | $67,700 | $137,800 | $30,300 | $997,700 |

http://www.transplantliving.org/before-the-transplant/financing-a-transplant/the-costs/

Sincerely,

John A. Elefteriades, MD







**BEFORE THE TRANSPLANT**   **COMMUNITY**   **AFTER THE TRANSPLANT**   **PEDIATRIC**   **LIVING DONATION**

- Home
  /
- Before The Transplant
  /
- Financing A Transplant
  /
- Costs



- Organ Facts
- Diseases
- Living with Devices
- About Organ Allocation
- Getting on the List
- Financing a Transplant
  - Costs
  - Social Services
  - Funding Sources
  - Financial Resources Directory
  - Questions to Ask
- Waiting for Your Transplant
- About the Operation

## Costs

The cost of a transplant, including preliminary testing, the surgery itself and post-operative recovery costs vary across the country and depend on the hospital and organ type. These costs start to add up, even before your transplant. Therefore, patients commonly rely on several sources to help pay for their medical and non-medical costs of pre- and post-transplantation.

### Medical Costs

Medical costs include:

- insurance deductibles
- insurance co-pays
- pre-transplant evaluation and testing
- surgery
- fees for the recovery of the organ from the donor
- follow-up care and testing
- additional hospital stays for complications
- fees for surgeons, physicians, radiologist, anesthesiologist and recurrent lab testing
- anti-rejection and other drugs, which can easily exceed $2,500 per month
- rehabilitation

### Non-Medical Costs

Non-medical costs include:

- food, lodging and long distance phone calls for you and your family
- transportation, to and from your transplant center, before and after your transplant
- plane travel to get to your transplant hospital quickly
- child care

- lost wages if your employer does not pay for the time you or a family member spends away from work
- If your transplant center is not close to your home, lodging close to the center before and after your surgery. Some centers offer free or low-cost hospitality houses for you and your family.

## Estimated U.S. Average 2011 Billed Charges Per Transplant

| Transplant | 30 Days Pre-transplant | Procurement | Hospital Transplant Admission | Physician During Transplant | 180 Days Post-transplant Admission | Immuno-suppressants | Total |
|---|---|---|---|---|---|---|---|
| Heart Only | $47,200 | $80,400 | $634,300 | $67,700 | $137,800 | $30,300 | $997,700 |
| Single Lung | $10,300 | $73,100 | $302,900 | $33,500 | $117,700 | $23,700 | $561,200 |
| Double Lung | $21,400 | $90,300 | $458,500 | $56,300 | $142,600 | $28,200 | $797,300 |
| Heart-Lung | $56,800 | $130,500 | $777,700 | $81,000 | $169,100 | $33,300 | $1,148,400 |
| Liver | $25,400 | $71,000 | $316,900 | $46,600 | $93,900 | $23,300 | $577,100 |
| Kidney | $17,000 | $67,200 | $91,200 | $18,500 | $50,800 | $18,200 | $262,900 |
| Pancreas | $17,000 | $65,000 | $108,900 | $17,800 | $61,400 | $19,300 | $289,400 |
| Intestine | $55,100 | $78,500 | $787,900 | $104,100 | $146,600 | $34,600 | $1,206,800 |

View a detailed research report about specific organ transplant costs now >

Reference and Publication Information >

This Web site is intended solely for the purpose of electronically providing the public with general health-related information and convenient access to the data resources. UNOS is not affiliated with any one product nor does UNOS assume responsibility for any error, omissions or other discrepancies.

## Share this:



Like    366 people like this. Sign Up to see what your friends like.

## Was this information helpful?

**65 Votes**

## Did you know?

Most transplant programs have social workers and financial coordinators who can help you with the financial details of your transplant. Depending on the structure at your center, one or both will help you develop a strategy.

- Before the Transplant
- Community
- After the Transplant
- Pediatric
- Living Donation
- Legal
- Site Map
- Contact
- Espanol

© 2013 Transplant Living. A service of the United Network for Organ Sharing, a non-profit 501(c)(3) organization.

**I am looking for >>**
This site complies with the HONcode standard for trustworthy health information: verify here.

Search only trustworthy HONcode health websites: [_____]   [ Search ]

## CURRICULUM VITAE
### John Alex Elefteriades, M.D.

**Born:**          Philadelphia, Pennsylvania

**Education:**        B.A. 1972 Yale University (magna cum laude)
                New Haven, Connecticut

                M.D. 1976 Yale University School of Medicine
                New Haven, Connecticut

**Board Certification:**
1982              American Board of Surgery
1985              American Board of Thoracic Surgery, Recertified 1995


**Licensure:**
1979              Connecticut #021683

**Postdoctoral Training:**
1976 – 1980        Resident in Surgery
                Yale-New Haven Hospital

1980 – 1981        Chief Resident in Surgery
                Yale-New Haven Hospital

1981 – 1982        Resident in Cardiothoracic Surgery
                Yale-New Haven Hospital

1982 – 1983        Chief Resident in Cardiothoracic Surgery
                Yale-New Haven Hospital

**Academic Appointments:**

1980 – 1982        Instructor in Surgery
                Yale University School of Medicine

1983 – 1988        Assistant Professor of Surgery
                Yale University School of Medicine

1988 – 1993        Associate Professor of Surgery
                Yale University School of Medicine

1993-present        Professor of Surgery
                Yale University School of Medicine

Curriculum Vitae
J.A. Elefteriades, M.D.

**Administrative Positions:**

| | |
|---|---|
| 1984 – 1986 | Chief, Cardiothoracic Surgery |
| | West Haven Veterans Admin. Hospital |
| | |
| 1991 – 1995 | Director of Surgical Electrophysiology and Mechanical Devices |
| | Yale University School of Medicine |
| | |
| 1991- 1995 | Director of Adult Cardiac Procedures |
| | Yale University School of Medicine |
| | |
| 1995- present | Chief, Section of Cardiothoracic Surgery |
| | Yale University School of Medicine |
| | |
| | Program Director, Thoracic Surgery Residency Program |
| | Yale-New Haven Medical Center |

**Committees:**

| | |
|---|---|
| 1993- present | Yale University School of Medicine, Surgical Education Committee |
| 1993-1994 | Yale-New Haven Hospital, Operating Room Access Committee |
| 1993 | Yale University School of Medicine, Board of Permanent Officers |
| 1994 | Yale University School of Medicine, Anesthesiology Search Committee |
| 1994 | Yale-New Haven Hospital, Surgery Departmental Committee |
| 1995 | Yale Surgical Society, Board of Directors |
| 1995 | Yale University School of Medicine - Task Force on Biotechnology Development |
| 1995 | International College of Angiology, Co-Chairman of the Scientific Council |
| 1995 | Scientific Advisory Board Member for 4th World Congress on Heart Failure -Mechanisms and Management, Jerusalem, Israel. May, 1996 |
| 1995 | 4th World Congress on Heart Failure - Mechanisms and Management, Jerusalem, Israel. May, 1996, Scientific Advisory Board Member |
| 1996-1999 | Yale University School of Medicine - Term Appointments and Promotions Committee |
| 1996-1999 | American Association of Thoracic Surgeons, Young Members Advisory Group Committee |
| 1997 | Writing Committee for Adult Cardiac Surgery for SESATS VII |
| 1997 | 6th World Congress on Heart Failure, Geneva, Switzerland, May, 1998, Scientific Executive Committee |
| 1997 | Scientific Executive Committee, International Academy of Cardiology, Inc. |
| 1999 | Scientific Executive Committee, 1st International Congress on Heart Disease, International Academy of Cardiology, Washington, DC, May, 1999. |
| 1999-2002 | Cardiovascular Surgery Committee, American College of Cardiology |
| 1999-present | Yale-New Haven Hospital Heart Center Planning Committee |
| 1999-present | Yale-New Haven Hospital Heart Center Executive Committee |
| 1999-present | Yale-New Haven Hospital Heart Center CT Surgery Committee |

2

Curriculum Vitae
J.A. Elefteriades, M.D.

| | |
|---|---|
| 1999-present | Yale-New Haven Hospital Heart Center Atrial Fibrillation Committee |

### Committees (cont.):

| | |
|---|---|
| 2000 | Scientific Executive Committee, 7th World Congress on Heart Failure-Mechanisms & Management |
| 2001 | Scientific Executive Committee, International Society of Heart Failure |
| 2000 | International Scientific Committee, 2nd International Meeting of the Onassis Surgery Center, Athens, Greece, December 2000 |
| 2001 | Abstract Review Committee, International Society of Heart Failure, Vancouver, BC, Canada, July 2000 |
| 2001-2004 | Board of Directors, American Heart Association Heritage Affiliate |
| 2002-2005 | Board of Governor's State Advocacy Committee, American College of Cardiology |
| 2002 | Chairman, Evarts A. Graham Memorial Traveling Fellowship Committee, The American Association for Thoracic Surgery |
| 2003 | Yale-New Haven Hospital Rajinder S. Sikand Visiting Professor Selection Committee |

### Clinical Advisory Boards:

Baxter Healthcare Corporation
U.S. Surgical Corporation
Medical Advisory Board for *Intima*: McMahon Publishing Group
Janssen Pharmaceutical
Nutrition Superstores.com, Inc.
Meditor Pharmaceuticals, Inc.

### Professional Honors and Recognition:

| | |
|---|---|
| 1985 | Ferraiolo-Glenn Research Award |
| 1991 | Harvard Technical Expert Review Panel |
| 1995 | The Best Doctors in America – Woodward/White Survey |
| 1995 | Saybrook College (Yale University), Fellow |
| 1996-97 | The Best Doctors in America/Northeast Region – Woodward/White Survey |
| 1997 | How to Find the Best Doctors: New York Metro Area published by Castle, Connolly Medical Ltd. |
| 1997 | International Congress on Thorax Surgery Award for Excellence in Scientific Contributions |
| 1997 | International College of Angiology, Certificate of Appreciation |
| 1998 | President-elect, Connecticut Chapter of American College of Cardiology |
| 1998 | Board of Directors, American Heart Association Heritage Affiliate |
| 1999 | Board of Governors, American College of Cardiology |
| 1999 | President/Governor, Connecticut Chapter of the American College of Cardiology |
| 1999 | The National Registry of Who's Who, Millennium Issue 2000, Lifetime Member |

3

Curriculum Vitae
J.A. Elefteriades, M.D.

| | |
|---|---|
| 2001, 2002 | The Best Doctors in New York: New York Metro Area published by Castle Connolly Medical Ltd. |
| 2001 | America's Top Doctors: New York Metro Area published by Castle, Connolly Medical Ltd. |
| 2002 | New York Magazine: New York's Top 100 Minimally Invasive Surgeons. Castle, Connolly Medical Ltd. |
| 2002 | New York Magazine: New York's Top Doctor in Thoracic Surgery. Castle, Connolly Medical Ltd. |
| 2002 | Best Doctors in America |
| 2002 | Editorial Board Member, the American Journal of Cardiology. |
| 1999-2003 | Evarts A. Graham Memorial Traveling Fellowship |
| 2002-2004 | Secretary, International College of Angiology |

**Invited Reviewer:**

Annals of Thoracic Surgery
American Journal of Cardiology
Cardiology Clinics (Guest Editor)
CHEST
The Journal of Thoracic and Cardiovascular Surgery
Southern Medical Journal
British Heart Journal
The Lancet
American College of Cardiology: Adult Cardiothoracic Surgery
    Valvular Surgery
Functional Electrical Stimulation Research Guide 2000
    (Technical Reviewer)

**Editorial Boards:**

Video Journal of Cardiothoracic Surgery, Editor-in-Chief, 1995-present
International Journal of Angiology, 1995-present
Journal of Clinical and Basic Cardiology, 1997-present
Int'l Academy of Cardiology-The Journal of Heart Disease, 1999-present
The Journal of Heart and Lung Transplantation, 1999-present
Journal of Heart Failure, 2000-present
American Journal of Cardiology, 2002-present
Senior Editor, International Journal of Angiology, 2002

**Society Memberships:**

American Association for Thoracic Surgery
American College of Angiology

**Society Memberships (cont.)**

4

Curriculum Vitae
J.A. Elefteriades, M.D.

American College of Cardiology
American College of Chest Physicians
American Medical Association
Association for Academic Surgery
Connecticut Chapter American College of Surgeons
Connecticut Society of American Board of Surgeons
Connecticut State Medical Society
Fellow American College of Surgeons
International College of Angiology
International Functional Electrical Stimulation Society, Inc.
International Society of Heart Failure
International Society for Heart and Lung Transplantation
New England Surgical Society
New Haven County Medical Association
New York Society for Thoracic Surgery
Society of Thoracic Surgeons
Southern Connecticut Regional Board of the American Heart Association

## Professional Positions and Visiting Appointments:

| | |
|---|---|
| 1991 | Visiting Professor of Surgery, University of Athens |
| 1997 | Visiting Professor, Nassar Institute, Cairo, Egypt |
| 1997 | Honorary Lecturer, Alpe Adria Congress of Cardiology |
| 1997 | Cardiac Surgery for the Next Millennium, Co-President, Athens |
| 1997 | Visiting Professor, University of Wales, Cardiff, UK |
| 1997 | Visiting Professor, Saitima Medical School, Tokyo, Japan |
| 1997 | Visiting Professor, Juntendo University School of Medicine, Fuji, Japan |
| 1997 | Visiting Professor, Yokohama City University School of Medicine Yokohama, Japan |
| 1998 | Honorary Lecturer, Japanese Society for Cardiovascular Surgery |
| 1999 | Visiting Professor, Amsterdam, The Netherlands |
| 1999 | Regional Advisor, The Thoracic Surgery Foundation for Research and Education Lifetime Membership Campaign |
| 2000 | Professor, Surgical Center of Amsterdam |
| 2003 | Stanley L. Brockman Visiting Professor, MCP Hahnemann Medical Center, Philadelphia, PA |
| 2002 | Elected as Secretary of the International College of Angiology. |

## Research Grants:

| | |
|---|---|
| 1984 - 1985 | USPHS Grant. (HL04651) (Co-investigator), "Electrophrenic respiration by radiofrequency stimulation of conditioned diaphragm" |
| 1984 - 1985 | OHSE Grant, "24-hour preservation of the heart in isotonic fluid" |
| 1984 - 1985 | Ferraiolo Foundation, "Prolonged heart preservation for transplantation" |

5

Curriculum Vitae
J.A. Elefteriades, M.D.

## Research Grants:

| | |
|---|---|
| 1988 - 1994 | Medtronic, Inc., "Skeletal muscle cardiac assistance" |
| 1993 - 1994 | Anita Vanni Vitale Foundation, "Experimental model of aortic dissection" |
| 1994 - 1995 | Acculase, Inc., "Transmyocardial laser revascularization" |
| 1997 - 1999 | American Heart Association, "Screening for familial patterns of thoracic aortic aneurysms" |
| 1999 - | American Heart Association, Preceptor for Student Scholar in Cardiovascular Disease and Stroke, "Cerebrovascular complications of aortic surgery: incidence, pathophysiology and identification of risk factors" |

## Mentor for Student Thesis Projects

| | |
|---|---|
| --Mark Jones | MVR in low EF patients |
| --David Meyer | AVR in low EF patients |
| --Joy Weinberg | Vein graft arteriosclerosis |
| --Mark Homicz | Endothelialization of skeletal muscle ventricles. |
| --Sharam Salami | Reduction ventriculoplasty |
| --Marlon Miragh | Minimally invasive CABG. |
| --Lee Akst | Cardiomyoplasty |
| --Chris Arts | Paraplegia in Diaphragm Pacing Patients |
| --Lee Goldstein | Stroke in Aortic Surgery |
| --Ryan Davies | Aneurysm Study (Thesis selected for honors) |
| --Felix Adler | Cardiac artistic drawings for presentations and publications |
| --Biren Modi | NOGA – Aortic Thrombus |
| --Christine Rodham, PA | Does Angina Reoccur in the Denervated Heart? |
| --Debra Strigun, PA | The Effects of Preoperative Arterial Carbon Dioxide Retention on Outcomes in Coronary Artery Bypass Surgery |
| --Raymond Lynch | Penetrating Ulcer and Intramural Hematoma |

## References in Newspapers/ Magazines:

The Greeks in America.  Jones JC.  Lerner Publications Company, Minneapolis, MN, 1990

The Women's Heart Book.  Pashkow FJ, Libov C.  Penguin Books, New York, 1993.

After Surgery, an answer to "why me?"  New Haven Register, September 10, 1995

The Apocalypse Watch.  Robert Ludlum.  Bantam Books, New York, 1995.

## References in Newspapers/ Magazines (cont):

Curriculum Vitae
J.A. Elefteriades, M.D.

Hearts at Risk. National Public Television, 1995.

Heilschnitt ins Herz. Der Spiegel 26, 1996, (Germany).
Brazil Surgeon Develops a Bold, Promising Operation for Patients with Heart Failure.
The New York Times, June 14, 1996.

Best Docs. Who MD's call when they need a doctor. Connecticut Magazine, July, 1996

Procedure offers slice of hope. Heart surgery aids Bridgeport man. Connecticut Post,
September 1, 1996.

A woman today. Ladies Home Journal. December, 1996.

Days away from death. Westerly doctor's astute diagnosis saves woman. New London Day,
January 26, 1998.

Freezing to 'death' gives dentist new life. New Haven Register, June 18, 1998.

'I refuse to give up hope.' Bethal woman, family wait in earnest for a heart transplant. The
News-Times, July 14, 1998.

Mechanical heart buys man time. New Haven Register, September 12, 1998.

Doctors Test New Heart Remedy: Transplant Method Combines Donor Heart With Patient's.
Hartford Courant, Sunday July 2, 2000.

Yale-New Haven reveals new transplant approach. Associated Press Release. July 3, 2000.

Job: Yale surgeon's unorthodox heart transplant technique could save lives. New Haven
Register. August 31, 2000.

Experimental Heart-Transplant Technique Shows Promise. To Your Health, A Special
Advertising Supplement to the New York Times. November 5, 2000.

For New Mom, A Special Day of Thanksgiving. Hartford Courant. November 23, 2000.

Mother give thanks, from bottom of new heart. New Haven Register. November 23, 2000.

Mom gets new heart to go with baby. Connecticut Post. November 24, 2000.

New mom goes home after heart transplant. New London Day. November 25, 2000.

New mom goes home for Thanksgiving after heart transplant. Norwich Bulletin. November 23,
2000.

**References in Newspapers/ Magazines (cont):**

Curriculum Vitae
J.A. Elefteriades, M.D.

Artificial Hearts and Heart Disease (interview). Discovery Health.com. Yale Perspectives: Views on Health News.

Blood Pressure: Yale doctors discover aortic aneurysms can be genetic (interview). New Haven Register, July 2, 2002.

NBC News New York: "Dr. John Elefteriades, one of the world's foremost cardiac surgeons...." November 20, 2002.

### Publications:

1. Elefteriades JA, Panjabi MJ, Tilson MD: Reduced tensile strength of skin from the spontaneously aneurysm-prone blotchy mouse. Surg Forum. Vol. XXXIII:58-60, 1982.

2. Elefteriades JA, Spencer D, Gusberg R: Vertebral artery stenosis with brainstem ischemia: Anatomic and therapeutic implications. Conn Med. 46(11): 628-632, 1982.

3. Elefteriades JA, Kay HA, Stansel HC Jr., Geha AS: Extra-anatomical reconstruction for bilateral intrathoracic subclavian artery aneurysm. Ann Thorac Surg. 35(2): 188-191,1983.

4. Gertler JP, Elefteriades JA, Kopf GS, Hashim SW, Hammond GL, Geha AS: Predictors of outcome in early revascularization after acute myocardial infarction. Am J Surg. 149:441-444, 1985.

5. August DA, Elefteriades JA: Technique to facilitate open placement of permanent pacing leads via cephalic vein. Ann Thorac Surg. 42:112, 1986.

6. Glenn WWL, Phelps ML, Elefteriades JA, Dentz B, Hogan J. Twenty years of experience in phrenic nerve stimulation to pace the diaphragm. PACE, 9:780-784, 1986.

7. Kopf GS, Hammond GL, Geha AS, Elefteriades JA, Hashim SW: Long term performance of the Saint Jude Medical Valve: Low incidence of thromboembolism and hemorrhagic complications on modest Coumadin dose. Circulation. 76 III:132-163, 1987.

8. Brill DA, Deckelbaum LI, Remetz MS, Soufer R, Elefteriades JA, Zaret BL: Recovery of severe ischemic ventricular dysfunction after coronary bypass grafting. Am J Cardiol. 61:651, 1988.

9. Vasseur BG, Elefteriades JA, Hammond GL, Havill A, Gillis CN: Pulmonary metabolic function can serve as a monitor for lung rejection. Am Rev Resp Dis. Supp. 137, 1:367, 1988.

10. Saksena S, Heselmeyer T, Elefteriades JA, et al. Long-term clinical experience with a versatile antitachycardia pacemaker for tachycardia termination, induction and monitoring multicenter study. PACE, April 1988.

Curriculum Vitae
J.A. Elefteriades, M.D.

## Publications (cont.):

11. Schulman DS, Remetz MD, Elefteriades JA, Francis CK: Mild mitral insufficiency is a marker of impaired left ventricular performance in aortic stenosis. J Am Coll Cardiol. 13(4): 96-801, 1989.

12. Chyatte D, Elefteriades JA: Profound hypothermia and circulatory arrest for aneurysm surgery. Technical note. J Neurosurg., 70:489-491, 1989.

13. Lister G, Elefteriades JA, Kopf GS, Hammond GL, Ponn R, Saltiel A: Resuscitation of cold water immersion victims with cardiopulmonary bypass. J Critical Care, 4(1):54-57, 1989.

14. Elefteriades JA. Discussion of Miller JI: Phrenic nerve pacing of the quadriplegic patient. 69th Annual Meeting of the American Association for Thoracic Surgery. J Thorac Cardiovasc Surg. 99:39-40, 1990.

15. Elefteriades JA, Biblo LA, Batsford WP, Rosenfeld LE, Henthorn RW, Carlson MD, Waldo AL, Hsu J, Geha AS: Evolving patterns in the surgical treatment of malignant ventricular tachyarrhythmias. Ann Thorac Surg. 49:94-100, 1990.

16. Elefteriades JA, Gusberg RJ, Kopf GS, Hammond GL, Baldwin JC. Fenestration revisited: Procedure of choice for descending aortic dissection with blood flow compromise. Arch Surg. 125:786-790, 1990.

17. Letsou GV, West K, Hogan J, Condos S, Lee P, Baldwin JC, Elefteriades JA: Half cuff electrode stimulation of the thoracodorsal nerve for skeletal muscle ventricle is as effective as full cuff in dogs. April 1990. FASEB Journal. 4(4), A1094, 1990.

18. Letsou GV, Franco KL, Kopf GS, Dewar ML, Elefteriades JA, Hammond GL, Baldwin JC: Heart-lung transplantation: Initial experience in New England. Conn Med. 54:8, 419-424, 1990.

19. Rafferty T, Durkin M, Elefteriades J, Hines R, O'Connor TZ: Right ventricular wall motion following cardiopulmonary bypass: Anesthesiology 73:S3-A158, 1990.

20. Gertler J, Clemen M, Wohlgelernter D, Ezekowicz M, Elefteriades JA: Left main coronary artery rupture after percutaneous transluminal angioplasty. J. Invasive Cardiol. 3:2; 50-52, 1991.

21. Curiale S, Rosenfeld R, Elefteriades JA: A Cosmetic approach for placement of the AICD in young women. Ann Thorac Surg. 52:1340-1, 1991.

22. Rafferty T, Durkin M, Hines R, Elefteriades J, O'Connor T: Effects of pericardiectomy on right ventricular dynamics. Anesth Analg 72:S218, 1991.

9

Curriculum Vitae
J.A. Elefteriades, M.D.


**Publications (cont.):**

23. Elefteriades JA, Biblo LA, Batsford WP, Rosenfeld LE, Henthorn RW, Carlson MD, Waldo AL, Hsu J, Geha AS: Figures and tables from Evolving patterns in the surgical treatment of malignant ventricular tachyarrhythmias. Curr Opinion Cardiol. 6(2), 1991.

24. Higgins R, Letsou G, Detmer W, Dewar M, Hogan J, Carter D, Ariyan S, Elefteriades J: Accessory skeletal muscle ventricles for circulatory support: Early experience with SMV's in continuity with the circulation. J Basic and Appl Myology. 1(1):89-94, 1991.

25. Rafferty T, Durkin M, Harris S, Elefteriades JA, Hines R, O'Connor T: Differential ventricular cardioplegia preservation thresholds quantified by thermodilution and echocardiographic systolic performance indices. Anesthesiology. 75:8:S-3-A143, 1991.

26. Elefteriades JA, Hartlcroad J, Gusberg RJ, Salazar AM, Black HR, Kopf GS, Baldwin JC, Hammond GL: Long-term experience with descending aortic dissection: the complication-specific approach. Ann Thorac Surg. 53:(1):11-21, 1992.

27. Letsou GV, Hogan JF, Lee P, Kim JH, Ariyan S, Dewar ML Baldwin JC, Elefteriades JA: Comparison of 180° and 360° skeletal muscle nerve cuff electrodes. Ann Thorac Surg. 54:925-31, 1992.

28. Elefteriades JA, Hogan J, Handler A, Loke J: Long-term follow-up of diaphragm pacing in quadriplegia. (Brief communication.) NEJM. 326 (21):1433-1434, 1992.

29. Letsou GV, Kopf GS, Elefteriades JA, Carter JE, Baldwin JC, Hammond GL: Is cardiopulmonary bypass effective for treatment of hypothermic arrest due to drowning or exposure? Arch Surg. 127:525-528, 1992.

30. Higgins RS, Sanchez JA, Dejudice L., Dewar ML, Franco KL, Kopf GS, Elefteriades JA, Hammond GL, Baldwin JC. Mechanical circulatory support decreases neurologic complications in the management of traumatic injuries of the thoracic aorta. Arch Surg. 127:516-19, 1992.

31. Rafferty T, Durkin M, Sittig D, Ezekowitz M, LaMantia K, Davis E, Elefteriades JA. Transesophageal color flow-Doppler imaging of aortic insufficiency in cardiac surgery patients. J Thorac Cardiovasc. Surg. 104(2):521-525, 1992.

32. Rafferty T, Durkin M, Elefteriades JA, O'Connor T: Transesophageal echocardiographic evaluation of aortic valve integrity using antegrade crystalloid cardioplegia as an imaging agent. Jour Thorac Cardiovasc Surg. 104(3):637-641, 1992.

33. Geha AS, Elefteriades JA, Hsu J, Biblo LA, Hoch DH, et al: Strategies in the surgical treatment of malignant ventricular arrhythmias; an eight-year experience. Ann Surg. 216 (3), 309-17, 1992.

Curriculum Vitae
J.A. Elefteriades, M.D.

**Publications (cont.):**

34. Rafferty T, Durkin M, Hines R, <u>Elefteriades JA</u>, Harris S: Thermodilution right ventricular ejection fraction measurement reproducibility: a study in coronary artery bypass graft surgery patients.  Crit Care Med.  20:1524-1528, 1992.

35. <u>Elefteriades JA</u>, Kopf GS, Hammond GL, Dewar ML, Shaw RK, Baldwin JC: Composite graft with coronary button reimplantation: method of choice for aortic root replacement. Circ Supp  86(4):I-306, 1992.

36. Perlmutter RA, Rosenfeld LE, <u>Elefteriades JA</u>, Wackers FJT, Batsford WP: Implanted defibrillator patches do not impair diastolic function.  Circ Suppl 86(4)I-452, 1992.

37. <u>Elefteriades JA</u>, Handler A, Rosenfeld LE, Batsford WP: Extensive defibrillation threshold testing for AICD placement does not produce myocardial necrosis.  European J Card Pacing and Electrophys.  2(2) A107, 1992.

38. <u>Elefteriades JA,</u> Cohen LS: Aortic dissections and aneurysms - Part I: Surgical and medical management of ascending and descending aortic dissection.  Video Journal of Cardiology, 1(3), 1992.

39. Cohen LS, <u>Elefteriades JA</u>: Aortic dissections and aneurysms - Part II: Marfan's Syndrome. Video Journal of Cardiology. 7(4),1992.

40. <u>Elefteriades JA</u>, Solomon LW, Salazar A, Batsford WP, Baldwin JC, Kopf GS: Linear LV aneurysmectomy: Modern imaging studies reveal improved morphology and function.  Ann Thorac Surg, 56:242-252, 1993.

41. <u>Elefteriades JA</u>, Tolis G, Levi EK, Mills K, Zaret BL.  Coronary artery bypass surgery in severe left ventricular dysfunction:  excellent survival with improved ejection fraction and functional state.  J Am Coll Cardiol, 22(5):1411-1417, 1993.

42. Rafferty T, Durkin M, Harris S, <u>Elefteriades JA</u>, Hines R, Prokop E, O'Connor T: Transesophageal two-dimensional echocardiographic analysis of right ventricular systolic performance indices during coronary artery bypass graft surgery.  J Cardiothorac Vascular Anesth. 7:160-166, 1993.

43. Sanchez JA, Gusberg RJ, Hammond GL, <u>Elefteriades JA</u>: Pathologic confirmation of the principles of the thromboexclusion operation for descending aortic dissection.  J Vascular Surg 17:448-50, 1993.

44. Kocheril AG, Rosenfeld LE, McPherson CA, Krumholz HM, <u>Elefteriades JA</u>, Batsford WP. Comparative six-year survival of patients with refractory ventricular tachyarrhythmias treated with amiodarone or implantable defibrillators.  PACE 16:942, 1993.

11

Curriculum Vitae
J.A. Elefteriades, M.D.

45.  Letsou GV, Zarif A, Higgins RSD, Liu WX, Smith A, Fransichelli D, Condos A, Ariyan S, Baldwin JC, Elefteriades JA.  Power generating capacity of skeletal muscle ventricles (SMV's) is dependent on pre-load and stimulation frequency.  FASEB Journal. 7 (3), 1993.

46.  Letsou GV, Zarif A, Higgins RSD, Liu WX, Smith A, Fransichelli D, Condos A, Ariyan S, Baldwin JC, Elefteriades JA.  Time to peak pressure in unconditioned skeletal muscle ventricles related to stimulation frequency and pre-load.  FASEB Journal. 7 (3), 1993.

47.  Elefteriades JA, Tolis G, Levi EK, Mills K, Zaret BL.  Coronary artery bypass surgery in severe left ventricular dysfunction: excellent survival with improved ejection fraction and functional state. JACC 22 (5):1411-7, 1993.

48.  Sanchez JA, Elefteriades JA, Hammond GL.  The aortic bodice: a life-saving maneuver. Ann Thorac Surg, 58(1):252-253, 1994.

49.  Rafferty T, Durkin M, Harris S, Elefteriades JA, Hines R, O'Connor T: Relationship between 'normal' transesophageal color-flow doppler -defined tricupid regurgitation and left ventricular ejection fraction measurements.  Cardiothorac Vascular Anesth. 7:167-174, 1994.

50.  Letsou GV, Braxton JH, Schwann TA, Lobdell KW, Jaffe C, Francischelli D, Ariyan S, Elefteriades JA.  Skeletal muscle ventricles for cardiac assistance.  Ann of Biomed Eng. Vol.22: (Supp I), 1994.

51.  Letsou GV, Zarif A, Smith A, Hogan JF, Lee P, Ariyan S, Baldwin JC, Elefteriades JA. Latency of skeletal muscle contraction after pulse train stimulation:  An important factor in correct timing of skeletal muscle cardiac assist devices.  J Surg Research 57, pp. 672-676, 1994.

52.  Elefteriades JA.  Diaphragm Pacing.  Engineering Foundation Neural Prostheses: Motor Systems IV Conference, Deer Creek, Indiana, 1994.

53.  Elefteriades JA, Tolis G, Levi E, Mills Kendrick, Zaret B.  Bypass grafting for patients advanced left ventricular dysfunction – worth the risk.  Cardiology Board Review. 11(10), October 1994.

54.  Elefteriades JA, Morales DLS, Tolis G, Levi E, Mills LK, Zaret BL.  Coronary artery bypass grafting in severe left ventricular dysfunction: excellent survival with improved ejection fraction and functional state.  Journal of Heart Failure.  2(1):1002, 1995.

55.  Chlosta, WH, Elefteriades JA.  Simplified method of reinforced sternal closure.  Ann Thor Surg, 60(5):1428-29, 1995.

Curriculum Vitae
J.A. Elefteriades, M.D.

56. Braxton JH, Hammond GL, Letsou GV, Kopf GS, Elefteriades JA, Franco KL, Baldwin JC. Optimal timing of coronary surgery following acute myocardial infarction. Circ 92:(9)II, pp. 66-68, 1995.

57. Creasey G, Elefteriades J, DiMarco A, Talonen P, Bijak M, Girsch W, Kantor C. Electrical simulation to restore respiration. Journal of Rehabilitation Research and Development, 33(2):123–32, 1996.

58. Braxton JH, Higgins RSD, Schwann TA, Sanchez JA, Dewar ML, Kopf GS, Hammond GL, Elefteriades JA. Reoperative mitral valve surgery via right thoracotomy: Decreased blood loss and improved hemodynamics. Journal of Heart Valve Disease. Vol. 5, pp.169-173, 1996.

59. Rizzo JA, Darr U, Johnson K, Coady M, Elefteriades JA. Thoracic aortic aneurysm Moving beyond shadowboxing. Connecticut Chapter of ACC Newsletter, 1996.

60. Ukoha OO, Braxton JH, Letsou GV, Hogan JF, Ariyan S, Elefteriades JA. Skeletal ventricles in continuity with the bloodstream. Journal of Cardiac Surgery, Vol. 11(4):271-279, 1996.

61. Elefteriades JA, Zaret B, Tolis G, Morales D, Batsford W, Jones, M, Fliegner K, Nikas D, Howes C, Kopf G. Application of conventional operations (CABG, valve replacement and left ventricular aneurysmectomy) to the failing left ventricle. Journal of Heart Failure. Abstract #455, 114, 1996.

62. Elefteriades JA, Jones MF, Fliegner K, Singh S, Howes C, Nikas D, Kopf GS. Mitral valve procedures in advanced left ventricular dysfunction. Circulation Supplement I 94(8):533. 1996.

63. Weese-Mayer DE, Silvestri JM, Kenny AS, Elefteriades JA, et al. Diaphragm pacing with a quadripolar phrenic nerve electrode: An international study. PACE 19(9):1311-1319, 1996.

64. Coady MA, Rizzo JA, Hammond GL, Mandapati D, Darr U, Kopf GS, Elefteriades JA. What is the appropriate size criterion for resection of thoracic aortic aneurysms? Journal of Thoracic and Cardiovasc Surg 113: 476-491, 1997.

65. Salami S, Tellides G, Ramahi TM, Rosenfeld L, Batsford WP, Milstein P, Elefteriades JA. Reduction ventriculoplasty for the cardiomyopathic heart: A case report. Connecticut Medicine, 61(3):131-134, 1997.

66. Tellides G, Maragh MR, Smith M, Kopf GS, Ezekowitz M, Remetz M, Elefteriades JA. Minimally invasive coronary artery bypass grafting: Initial Connecticut experience. Connecticut Medicine, 61(3):135-141, 1997.

**Publications (cont.):**

13

Curriculum Vitae
J.A. Elefteriades, M.D.

67.  Elefteriades JA. Mini-CABG:  A Step Forward or Backward? The "Pro" point of view.
Journal of Cardiothoracic and Vascular Anesthesia,11(5):661-668. 1997.

68.  Elefteriades JA, Morales DLS, Gradel C, Tolis G, Levi E, Mills LK, Zaret BL.  Results of
coronary artery bypass grafting by a single surgeon in patients with left ventricular ejection
fractions ≥ 30%.  Am J Cardiol. 79:1573-1578, 1997.

69.  Rizzo J, Darr U, Fischer M, Johnson K, Finkle J, Gusberg R, Kopf G, Abbott T,
Shevchenko I, Elefteriades J.  Multimodality serial follow-up of thoracic aortic aneurysms.
J Intl Col Angiol 6:153-156, 1997.

70.  Chlosta WH, Elefteriades JA. Letter to the Editor reply. Ann Thorac Surg 63:1209-22,
1997.

71.  Elefteriades JA, Tellides G, Ramahi T, Kopf G, Solomon LW, Rosenfeld L, Batsford WP.
Ventricular remodeling for heart failure: Aneurysmectomy and Batista procedures.  Journal
for Kardiologie, Special Edition 2, p. 144, 1997.

72.  Elefteriades JA, Tellides G, Ramahi T, Kopf GS, Solomon LW, Rosenfeld L, Batsford
Ventricular remodeling for heart failure: Aneurysmectomy and Batista procedures.  Journal
of Heart Failure. 4(1):589, 1997.

73.  Elefteriades JA, Zaret BL, Tolis G, Morales D, Nikas D, Jones M, Fliegner K, Meyer DB.
Conventional surgery as an alternative to transplantation for the failing left ventricle.
Circulation (supp), 96(8):1-29, 1997.

74.  Elefteriades JA, Meyer DB, Fliegner K, Wackers FJTH, Kopf GS.  Aortic insufficiency
with failed left ventricle: Valve replacement is safe and effective.  Circulation (supp),
96(8):I-204, 1997.

75.  Ugurlu BS, Tellides G, Wackers JTH, Quin JA, Kopf GS, Elefteriades JA.  Ventricular size
is a predictor of outcome in patients with severely impaired left ventricular function
undergoing coronary artery bypass graft surgery.  Circulation (supp), 96(8):I-435, 1997.

76.  Samady H, Elefteriades JA, McPherson CA, Wackers FTH.  Is lack of improvement of
LVEF after bypass surgery in patients with severe ischemic dysfunction associated with
poorer outcome?  Circulation (supp), 96(8):I-443, 1997.

77.  Elefteriades JA, Fitch JCK. Editorial Comment on Beneficial Effect of Both Transexamic
Acid and Aprotin on Blood Loss Reduction in Reoperative Valve Replacement Surgery by
Jamieson, WRE, et al. Circulation, 96(9):II-100, 1997.

**Publications (cont.):**

14

Curriculum Vitae
J.A. Elefteriades, M.D.

78. Platis IE, Kopf GS, Dewar ML, Shaw RK, <u>Elefteriades JA</u>.  Composite graft with coronary button reimplantation:  Procedure of choice for aortic root replacement, Intl J of Angiology 7:41-45, 1998.

79. Coady MA, Rizzo JA, Hammond GL, Kopf GS, <u>Elefteriades JA</u>.  Penetrating ulcer of the thoracic aorta:  What is it?  How do we recognize it?  How do we manage it?  J Vasc Surg, 27:1006-16, 1998.

80. Morales DLS, Quin JA, Braxton JH, Hammond GL, Gusberg RJ, <u>Elefteriades JA</u>. Experimental confirmation of the effectiveness of the fenestration procedure in acute aortic dissection.  Ann Thorac Surg 66(5): 1679-83, 1998.

81. Nikas DK, Ramadan FM, <u>Elefteriades JA</u>.  Topical hypothermia: Ineffective and deleterious as adjunct to cardioplegia for myocardial protection.  Ann Thorac Surg 65:28-31, 1998.

82. Rizzo JA, Coady MA, <u>Elefteriades JA</u>.  Procedures for estimating growth rates in thoracic aortic aneurysms.  Journal of Clinical Epidemiology, 51(9):747-754, 1998.

83. Nikas DJ, <u>Elefteriades JA</u>.  Letter to Editor reply Ann Thorac Surg, 66:296-310, 1998.

84. Mehta I, <u>Elefteriades JA</u>.  Funnel graft to innominate vein to control epicardial bleeding. Ann Thorac Surg, 66(4):1413-4, 1998.

85. Moinuddeen K, Quin J, Shaw R, Dewar M, Tellides G, Kopf G, <u>Elefteriades JA</u>: Anticoagulation is Unnecessary After Biologic Aortic Valve Replacement.  Circulation, 98 II:95-9, 1998.

86. Mehta ID, Weinberg J, Jones MF, Tellides G, Kopf GS, Shaw, RK, Zaret, BL, <u>Elefteriades JA</u>.  Should disease-free saphenous vein grafts be replaced at the time of redo CABG? Ann Thorac Surg, 6517-23. 1998.

87. Coady MA, Davies RR, Roberts M, Goldstein L, Rizzo JA, Hammond GL, Kopf GS, <u>Elefteriades JA</u>:  Familial Patterns of Thoracic Aortic Aneurysms.  Arch Surg, 134, 361-367, 1999.

88. Scholl FG, Coady MA, Davies R, Rizzo JA Kopf GS, <u>Elefteriades JA</u>, Hammond GL, Interval or Permanent Non-operative Management of Type A Aortic Dissections.  Arch Surg, 134, 402-406, 1999.

89. <u>Elefteriades JA</u>, Lovoulos CJ, Coady MA, Tellides G, Kopf GS, Rizzo JA.  Management of descending aortic dissection.  Ann Thorac Surg, 67(6), pp. 2002-2005, 1999.

Curriculum Vitae
J.A. Elefteriades, M.D.

**Publications (cont.):**

90.  Coady MA, Rizzo JA, Hammond GL, Kopf GS, Elefteriades JA. Surgical intervention criteria for thoracic aortic aneurysms: A study of growth rates and complications. Ann Thorac Surg, Vol. 67, pp. 1922-1926, 1999.

91.  Davies RR, Coady MA, Hammond GL, Elefteriades JA, Gusberg RJ. Low molecular weight heparin: An evaluation of current and potential clinical utility in surgery. International Journal of Angiology, Vol. 8, pp. 203-21, 1999.

92.  Samady H, Elefteriades J, Abbott B, Mattera J, McPherson C, Wackers F: Failure to Improve Left Ventricular Function after Coronary Revascularization for Ischemic Cardiomyopathy is not Associated with Worse Outcome. Circulation, 100(12):1298-1304.

93.  Elefteriades J, Coady M, Nikas D, Kopf G, Gusberg R: The "Cobrahead" graft for intercostal artery implantation during descending aortic replacement. Ann Thorac Surg, Vol. 69:1282-4, 2000.

94.  Sudhaker S, Elefteriades J: Safety of Left Innominate Vein Division during Aortic Arch Surgery. Ann Thorac Surg, 70: 856-8, 2000.

95.  Kim RW, Ugurlu BS, Tereb DA, Tellides G, Elefteriades JA: Left Ventricular Dilatation in Patients with Ischemic Cardiomyopathy Should Not Exclude Surgical Revascularization. J Heart Disease, Vol. 1:94 (abstract) 1999.

96.  Mehta I, Tellides G, Kopf GS, Cohen LS, Elefteriades JA: Pericardiectomy for chronic constrictive pericarditis – low mortality and sustained long-term Functional Improvement. The Journal of Heart Disease, Vol. 1:180 (abstract), 1999.

97.  Elefteriades JA, Rizzo JA, Coady MA: Letter to the Editor – Thoracic Aorta. Radiology, 211(3):889, 1999.

98.  Elefteriades JA, Moinuddeen K, Quin JA, Shaw RK, Dewar ML, Tellides G, Kopf GS: Anticoagulation is Unnecessary After Biologic Aortic Valve Replacement. Circulation (supp), 96(8):I-431, 1997.

99.  Elefteriades JA, Lovoulos C, Tellides G, Goldstein L, Rocco E, Condos S, Kopf GS. Right Ventricular Sparing Heart Transplantation: Promising New Techniques for the Recipient with Pulmonary Hypertension. Ann Thorac Surg 69:1858-64, 2000.

100. Kim RW, Ugurlu BS, Tereb DA, Wackers FJ, Tellides G, Elefteriades JA. Effect of Left Ventricular Volume on Results of Coronary Artery Bypass Grafting. Am J Cardiol 86: 1261-1264, 2000.

**Publications (cont.):**