THE UNITED STATES DISTRICT COURT
THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JAN W. EDWARDS | § § § § | |
| Plaintiff, | | |
| VS. | § § § § § § | CIVIL NO. SA-12-CA-0817- XR |
| THE UNITED STATES OF AMERICA, | | |
| Defendant. | | |

## PLAINTIFF'S LIST OF EXHIBITS

NOW COMES, JAN W. EDWARDS, Plaintiff in the above styled and numbered cause and files this, his List of Exhibits in accordance with provisions of Local Rule CV-16(e) and pursuant to the Courts order setting this case for bench trial filed on December 14, 2012, and in such regard the Plaintiff would identify the following proposed exhibits:

| | | | |
|---|---|---|---|
| 1. | Administrative Claim of Jan W. Edwards; | Offered | Admitted |
| 2. | Excerpts from Jan W. Edwards' Veterans Administration Medical Records; | Offered | Admitted |
| 3. | Jan W. Edwards' medical records from Methodist Stone Oak Hospital; | Offered | Admitted |
| 4. | Jan W. Edwards' medical records from San Antonio FD-EMS; | Offered | Admitted |
| 5. | Jan W. Edwards' medical records from Texas MedClinic; | Offered | Admitted |
| 6. | Jan W. Edwards' medical records from Greater Houston Emergency Physicians | Offered | Admitted |
| 7. | Jan W. Edwards' medical records from South Texas Pathology | Offered | Admitted |

| | | | |
|---|---|---|---|
| 8. | Jan W. Edwards' medical records from South Texas Pathology | Offered | Admitted |
| 9. | Jan W. Edwards' medical records from South Texas Radiology | Offered | Admitted |
| 10. | Jan W. Edwards' medical records from IPC of Texas | Offered | Admitted |
| 11. | Jan W. Edwards' medical records from Metro Ambulance | Offered | Admitted |
| 12. | Jan W. Edwards' medical records from Sonterra Cardiovascular Institute | Offered | Admitted |
| 13. | Jan W. Edwards' medical records from David Salazar, M.D.; | Offered | Admitted |
| 14. | Jan W. Edwards' medical records from University Health System | Offered | Admitted |
| 15. | Jan W. Edwards' medical bills from Methodist Stone Oak Hospital; | Offered | Admitted |
| 16. | Jan W. Edwards' medical bills from San Antonio FD-EMS; | Offered | Admitted |
| 17. | Jan W. Edwards' medical bills from Greater Houston Emergency Physicians; | Offered | Admitted |
| 18. | Jan W. Edwards' medical bills from South Texas Pathology; | Offered | Admitted |
| 19. | Jan W. Edwards' medical bills from South Texas Radiology; | Offered | Admitted |
| 20. | Jan W. Edwards' medical bills from IPC of Texas; | Offered | Admitted |
| 21. | Jan W. Edwards' medical bills from Metro Ambulance; | Offered | Admitted |
| 22. | Jan W. Edwards' medical bills from Sonterra Cardiovascular Institute; | Offered | Admitted |

| | | | |
|---|---|---|---|
| 23. | Jan W. Edwards' medical bills from David Salazar, M.D.; | Offered | Admitted |
| 24. | Jan W. Edwards' medical bills from University Health System; | Offered | Admitted |
| 23. | Jan W. Edwards' medical bills from The Department of Veterans Administration; | Offered | Admitted |
| 24. | Condensed transcript of the oral deposition of Jan W. Edwards, with exhibits; | Offered | Admitted |
| 25. | Condensed transcript of the oral deposition of Celeste Lemire, with exhibits; | Offered | Admitted |
| 26. | Condensed transcript of the oral deposition of Renee Dunn, M. D., with exhibits; | Offered | Admitted |
| 27. | Condensed transcript of the oral deposition of Dr. Peter F. VanLigten; with exhibits; | Offered | Admitted |
| 28. | Defendant's Answers and Objections to the Plaintiffs' Requests for Admissions; | Offered | Admitted |
| 29. | Defendant's Answers and Objections to the Plaintiffs' First Set of Interrogatories; | Offered | Admitted |
| 30. | Defendant's Responses and Objections to the Plaintiffs' First Request for Production; | Offered | Admitted |
| 31. | Curriculum Vitae of Albert C Weihl, M.D.; | Offered | Admitted |
| 32. | Expert report from Albert C. Weihl, M.D.; | Offered | Admitted |
| 33. | Condensed transcript of the oral deposition of Albert C. Weihl, M.D., with exhibits; | Offered | Admitted |
| 34. | Curriculum Vitae of John Elefteriades, M.D.; | Offered | Admitted |
| 35. | Expert report from John Elefteriades, M.D.; | Offered | Admitted |
| 36. | Condensed transcript of the oral deposition of John Elefteriades, M.D., with exhibits; | Offered | Admitted |
| 37. | Curriculum Vitae of Brant Mittler, M.D.; | Offered | Admitted |

| | | | |
|---|---|---|---|
| 38. | Expert report from Brant Mittler, M.D.; | Offered | Admitted |
| 39. | Condensed transcript of the oral deposition of Brant Mittler, M.D., with exhibits; | Offered | Admitted |
| 40. | Curriculum Vitae of Roberta C. Bogaev, M.D.; | Offered | Admitted |
| 41. | Expert report from Roberta C. Bogaev, M.D. Including medical literature and articles; | Offered | Admitted |
| 42. | Condensed transcript of the oral deposition of Roberta C. Bogaev, M.D., with exhibits; | Offered | Admitted |
| 43. | Curriculum Vitae of Carl Hubbard, Ph.D.; | Offered | Admitted |
| 44. | Expert report from Carl Hubbard, Ph.D.; | Offered | Admitted |
| 45. | Condensed transcript of the oral deposition of Carl Hubbard, Ph.D., with exhibits; | Offered | Admitted |
| 46. | Summary of Jan W. Edwards' medical bills that were paid or incurred; | Offered | Admitted |

Respectfully submitted,
LAW OFFICES OF JEFFREY C. ANDERSON
9601 McAllister Freeway, Suite 1250
San Antonio, Texas 78216
(210) 340-8880
(210) 340-8885 FAX

By: _____
JEFFREY C. ANDERSON
State Bar No. 01190500

ATTORNEY FOR PLAINTIFF

Case 5:12-cv-00817-XR   Document 29   Filed 08/08/13   Page 5 of 5

## CERTIFICATE OF SERVICE

By my signature below; I, Jeffrey C. Anderson, hereby certify that the above and foregoing document has been electronically filed on this 8th day of **August, 2013**, with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

   Mr. Clayton Diedrichs
   Assistant United States Attorney
   601 N.W. Loop 410, Suite 600
   San Antonio, Texas 78216-5597

                                          _____
                                          JEFFREY C. ANDERSON

5