IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JAN W. EDWARDS, § | |
| § | |
| *Plaintiffs*, § | |
| § | |
| v. § | Civil Action No.  SA-12-CV-00817XR |
| § | |
| UNITED STATES OF AMERICA, § | |
| § | |
| *Defendant*. § | |
| § | |

**ORDER**

The parties have informed the Court that they have reached a settlement of the claims in this case. To ensure that this cause does not remain on the Court's docket in the absence of a live controversy, the Court vacates all remaining deadlines, including trial, and ORDERS the parties to submit a stipulation of dismissal or an agreed judgment and any appropriate supporting documents on or before **October 16, 2013.**  *See* FED. R. CIV. P. 41.  Should the parties be unable to finalize the settlement and submit appropriate documents by that date, they must request an extension of time to file the documents.

It is so ORDERED.

SIGNED this 16th day of August, 2013.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE